IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGIOS N. DIAMANTOPOULOS, | ) ) ) | 8:14CV35 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| NEBRASKA GOVENOR, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Eighth Circuit Court of Appeals' dismissal of Plaintiff's appeal. (Filing No. 22.) In its order dismissing Plaintiff's appeal, the Court of Appeals remanded the collection of the full $505 appellate filing and docketing fees to this court. Accordingly,

IT IS ORDERED that:

1. Plaintiff's institution shall collect the full $505 appellate filing and docketing fees from him by installment in the manner set forth in 28 U.S.C. § 1915(b)(2), and shall forward those installments to this court.

2. The Clerk of the Court is directed to send a copy of this order to the appropriate financial officer at Plaintiff's institution.

DATED this 30th day of October, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge